# Exhibit A

Court of Common Pleas - Civil

# Civil Docket Report

No Items in Cart   Log In

A $5 Convenience fee will be added to the transaction at checkout.

< New Search

## Case Description

**Case ID:** 260602021

**Case Caption:** WILLIAMS VS PHILADELPHIA HOUSING AUTHORITY ETAL

**Filing Date:** Monday , June 15th, 2026

**Court:** MAJOR JURY-STANDARD

**Location:** CITY HALL

**Jury:** JURY

**Case Type:** PERSONAL INJURY - OTHER

**Status:** LISTED-PROJ. SETTLEMENT CONF.

## Related Cases

*No related cases were found.*

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| PROJECTED SETTLEMENT CONF DATE | 04-OCT-2027 09:00 AM | CITY HALL | COURTROOM 253 | BRIGHT, GWENDOLYN N |
| PROJECTED PRE-TRIAL CONF. DATE | 06-DEC-2027 09:00 AM | CITY HALL | COURTROOM 253 | BRIGHT, GWENDOLYN N |
| PROJECTED TRIAL DATE | 03-JAN-2028 09:00 AM | CITY HALL | COURTROOM 253 | BRIGHT, GWENDOLYN N |

## Case Motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | DIMEO JR, FRANK N |
| **Address:** | 123 S BROAD ST<br>PHILADELPHIA PA 19109<br>(215)864-9440<br>cas@rosenschaferdimeo.com | **Aliases:** | *none* | |
| | | | | |
| 2 | 1 | | PLAINTIFF | WILLIAMS, NYHIR |
| **Address:** | 2132 W. MASTER ST.<br>PHILADELPHIA PA 19121 | **Aliases:** | *none* | |
| | | | | |
| 3 | 8 | | DEFENDANT | PHILADELPHIA HOUSING AUTHORITY |
| **Address:** | 2013 RIDGE AVE.<br>PHILADELPHIA PA 19121 | **Aliases:** | *none* | |
| | | | | |
| 4 | 8 | | DEFENDANT | ROSS, DARNELL |
| **Address:** | 2013 RIDGE AVE<br>PHILADELPHIA PA 19121 | **Aliases:** | *none* | |
| | | | | |
| 5 | | | TEAM LEADER | BRIGHT, GWENDOLYN N |
| **Address:** | 1206 STOUT CENTER FOR C.J.<br>1301 FILBERT ST.<br>PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| | | | | |
| 6 | | 22-SEP-2026 | ATTORNEY FOR DEFENDANT | CALIENDO, CRAIG M |
| **Address:** | BATEMAN CALIENDO LLC<br>JAMES W. IREDELL HOUSE<br>470 DRESHER ROAD<br>HORSHAM PA 19044<br>(215)443-9060<br>ccaliendo@batemancaliendo.com | **Aliases:** | *none* | |
| | | | | |
| 7 | 6 | 22-SEP-2026 | ATTORNEY FOR DEFENDANT | BATEMAN, DAVID P |

| | | | | |
|---|---|---|---|---|
| **Address:** | BATEMAN CALIENDO LLC<br>470 DRESHER RD<br>JAMES IREDELL HOUSE<br>HORSHAM PA 19044<br>(215)443-9060<br>bateman@batemancaliendo.com | **Aliases:** | *none* | |
| | | | | |
| 8 | | | ATTORNEY FOR DEFENDANT | WEISS, ROBIN S |
| **Address:** | CLARK HILL PLC<br>TWO COMMERCE SQUARE<br>2001 MARKET STREET, SUITE 2620<br>PHILADELPHIA PA 19103<br>(215)864-8086<br>rsweiss@clarkhill.com | **Aliases:** | *none* | |
| | | | | |
| 9 | 8 | | ATTORNEY FOR DEFENDANT | WOLF, STEPHEN M |
| **Address:** | 2001 MARKET STREET<br>SUITE 2620<br>PHILADELPHIA PA 19103<br>(215)640-8500<br>smwolf@clarkhill.com | **Aliases:** | *none* | |
| | | | | |
| 10 | 8 | | ATTORNEY FOR DEFENDANT | BRAINARD, ALESSANDRA |
| **Address:** | 2001 MARKET STREET<br>SUITE 2620<br>PHILADELPHIA PA 19103<br>(215)640-8500<br>abrainard@clarkhill.com | **Aliases:** | *none* | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 15-JUN-2026 01:26 PM | ACTIVE CASE | | |
| **Docket Entry:** | E-Filing Number: 2606035388 | | |
| | | | |
| 15-JUN-2026 01:26 PM | COMMENCEMENT CIVIL ACTION JURY | DIMEO JR, FRANK N | |
| **Documents:** | *Click link(s) to preview/purchase the documents*<br>Final Cover | Add All to Cart | |

| | | | |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |
| | | | |
| 15-JUN-2026 01:26 PM | PRAE TO ISSUE WRIT OF SUMMONS | DIMEO JR, FRANK N | |
| **Documents:** | *Click link(s) to preview/purchase the documents*<br>Writ-of-Summons-10-208 (26) (1) (1) (1).pdf<br>Praecipe to issue writ (15).pdf | Add All to Cart | |
| **Docket Entry:** | PRAECIPE TO ISSUE WRIT OF SUMMONS FILED. WRIT OF SUMMONS ISSUED. | | |
| | | | |
| 15-JUN-2026 01:26 PM | JURY TRIAL PERFECTED | DIMEO JR, FRANK N | |
| **Docket Entry:** | 8 JURORS REQUESTED. | | |
| | | | |
| 15-JUN-2026 01:26 PM | WAITING TO LIST CASE MGMT CONF | DIMEO JR, FRANK N | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 25-JUN-2026 10:20 AM | AFFIDAVIT OF SERVICE FILED | DIMEO JR, FRANK N | |
| **Documents:** | *Click link(s) to preview/purchase the documents*<br>PHILADELPHIA HOUSING AUTHORITY .pdf | Add All to Cart | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON PHILADELPHIA HOUSING AUTHORITY BY PERSONAL SERVICE ON 06/22/2026 FILED. (FILED ON BEHALF OF NYHIR WILLIAMS) | | |
| | | | |
| 25-JUN-2026 10:21 AM | AFFIDAVIT OF SERVICE FILED | DIMEO JR, FRANK N | |
| **Documents:** | *Click link(s) to preview/purchase the documents*<br>Police Officer DARNELL ROSS Badge No., 2034 .pdf | Add All to Cart | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON DARNELL ROSS BY PERSONAL SERVICE ON 06/22/2026 FILED. (FILED ON BEHALF OF NYHIR WILLIAMS) | | |
| | | | |
| 25-AUG-2026 06:03 PM | LISTED FOR CASE MGMT CONF | | |

| | | | |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |
| | | | |
| 26-AUG-2026 07:32 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR 14-SEP-2026. | | |
| | | | |
| 14-SEP-2026 09:28 AM | COMPLAINT FILED NOTICE GIVEN | DIMEO JR, FRANK N | |
| **Documents:** | *Click link(s) to preview/purchase the documents* Complaint-Nyhir Williams Civ Rights Phila.pdf | Add All to Cart | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF NYHIR WILLIAMS) | | |
| | | | |
| 14-SEP-2026 09:55 AM | ENTRY OF APPEARANCE | CALIENDO, CRAIG M | |
| **Documents:** | *Click link(s) to preview/purchase the documents* NyhirWilliams.v.PHA.PHARossEntryOfAppearance.pdf | Add All to Cart | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF CRAIG M CALIENDO AND DAVID P BATEMAN FILED. (FILED ON BEHALF OF DARNELL ROSS AND PHILADELPHIA HOUSING AUTHORITY) | | |
| | | | |
| 14-SEP-2026 01:13 PM | CASE RESCHEDULED BY COURT | SULLIVAN, JOAN | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 14-SEP-2026 01:15 PM | LISTED FOR CASE MGMT CONF | | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 15-SEP-2026 07:33 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR 28-SEP-2026. | | |
| | | | |
| 22-SEP-2026 11:30 AM | WITHDRAWAL/ENTRY OF APPEARANCE | WEISS, ROBIN S | |

| | | | |
|---|---|---|---|
| **Documents:** | *Click link(s) to preview/purchase the documents* [2026-09-17 WOA - EOA - SMW_ RSW_ AB.pdf] | Add All to Cart | |
| **Docket Entry:** | WITHDRAWAL OF APPEARANCE OF CRAIG M CALIENDO AND DAVID P BATEMAN AND ENTRY OF APPEARANCE OF ALESSANDRA BRAINARD, STEPHEN M WOLF AND ROBIN S WEISS FILED. (FILED ON BEHALF OF PHILADELPHIA HOUSING AUTHORITY) | | |
| | | | |
| 22-SEP-2026 01:30 PM | WITHDRAWAL/ENTRY OF APPEARANCE | WEISS, ROBIN S | |
| **Documents:** | *Click link(s) to preview/purchase the documents* [2026-09-22 WOA - EOA - SMW_ RSW_ AB.pdf] | Add All to Cart | |
| **Docket Entry:** | WITHDRAWAL OF APPEARANCE OF CRAIG M CALIENDO AND DAVID P BATEMAN AND ENTRY OF APPEARANCE OF ALESSANDRA BRAINARD AND STEPHEN M WOLF FILED. (FILED ON BEHALF OF DARNELL ROSS) | | |
| | | | |
| 23-SEP-2026 07:32 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR 28-SEP-2026. | | |
| | | | |
| 28-SEP-2026 10:36 AM | CASE MGMT CONFERENCE COMPLETED | LAWLOR, BRIAN | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 28-SEP-2026 10:36 AM | CASE MANAGEMENT ORDER ISSUED | | |
| **Documents:** | *Click link(s) to preview/purchase the documents* [CMOIS_19.pdf] | Add All to Cart | |

| | | | |
|---|---|---|---|
| **Docket Entry:** | CASE MANAGEMENT ORDER STANDARD TRACK - AND NOW, 28-SEP-2026, it is Ordered that: 1. The case management and time standards adopted for standard track cases shall be applicable to this case and are hereby incorporated into this Order. 2. All discovery on the above matter shall be completed not later than 07-SEP-2027. 3. Plaintiff shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial to all other parties not later than 07-SEP-2027. 4. Defendant and any additional defendants shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial not later than 04-OCT-2027. 5. All pre-trial motions shall be filed not later than 04-OCT-2027. 6. A settlement conference may be scheduled at any time after 04-OCT-2027. Prior to the settlement conference all counsel shall serve all opposing counsel and file a settlement memorandum containing the following: (a) A concise summary of the nature of the case if plaintiff or of the defense if defendant or additional defendant;(b) A statement by the plaintiff or all damages accumulated, including an itemization of injuries and all special damages claimed by categories and amount; (c) Defendant shall identify all applicable insurance carriers, together with applicable limits of liability. 7. A pre-trial conference will be scheduled any time after 06-DEC-2027. Fifteen days prior to pre-trial conference, all counsel shall serve all opposing counsel and file a pre-trial memorandum containing the following: (a) A concise summary of the nature of the case if plaintiff or the defense if defendant or additional defendant; (b) A list of all witnesses who may be called to testify at trial by name and address. Counsel should expect witnesses not listed to be precluded from testifying at trial; (c) A list of all exhibits the party intends to offer into evidence. All exhibits shall be pre-numbered and shall be exchanged among counsel prior to the conference. Counsel should expect any exhibit not listed to be precluded at trial; (d) Plaintiff shall list an itemization of injuries or damages sustained together with all special damages claimed by category and amount. This list shall include as appropriate, computations of all past lost earnings and future lost earning capacity or medical expenses together with any other unliquidated damages claimed; and (e) Defendant shall state its position regarding damages and shall identify all applicable insurance carriers, together with applicable limits of liability; (f) Each counsel shall provide an estimate of the anticipated length of trial. 8. It is expected that the case will be ready for trial 03-JAN-2028, and counsel should anticipate trial to begin expeditiously thereafter. 9. All counsel are under a continuing obligation and are hereby ordered to serve a copy of this order upon all unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this order. ...BY THE COURT: GWENDOLYN BRIGHT, J. | | |
| | | | |
| 28-SEP-2026 10:36 AM | LISTED-PROJ. SETTLEMENT CONF. | | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 28-SEP-2026 10:36 AM | LISTED-PROJ. PRE-TRIAL CONF | | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 28-SEP-2026 10:36 AM | LISTED FOR TRIAL | | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 28-SEP-2026 10:36 AM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 28-SEP-2026 OF CASE MANAGEMENT ORDER ISSUED ENTERED ON 28-SEP-2026. | | |

Questions regarding cases listed on this site can be directed to the Trial Division - Civil Administration at civiladminsupport@courts.phila.gov and (215) 686-8326 or the Office of Judicial Records - Civil at OJRCivil@courts.phila.gov and (215) 686-6652.

User Accepts/Agrees to Disclaimer.